THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* CHARLES McCARTHY, Appellant.

(Submitted October 2, 1931; decided October 20, 1931.)

*Sidney S. Meyers* and *Jacob J. Sachs* for appellant.

*Arthur J. W. Hilly*, Corporation Counsel (*J. Joseph Lilly* and *Arthur H. Kerns* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.